IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| JAMIE WEATHERFORD and KIMBERLY WEATHERFORD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>E.I. DUPONT DE NEMOURS & COMPANY, THE CHEMOURS COMPANY, FC, LLC, 3M COMPANY, DAIKIN AMERICA, INC., DAIKIN INDUSTRIES, LTD., and MITSUBISHI INTERNATIONAL POLYMERTRADE CORPORATION,<br><br>Defendants.,<br><br>Defendants. | Civil Action No.: 4:22-CV-01427-RBH |

## NOTICE OF DISMISSAL OF DAIKIN INDUSTRIES, LTD.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismiss without prejudice all claims against Daikin Industries, Ltd.

                                      BY:  *s/ Michael D. Wright*
                                      Vincent A. Sheheen (Fed I.D. No. 7016)
                                      Michael D. Wright (Fed I.D. No. 11452)
                                      **SAVAGE ROYALL & SHEHEEN, LLP**
                                      PO Drawer 10   1111 Church St.
                                      Camden, SC 29020
                                      Tel: (803) 432-4391 Fax: (803) 425-4812
                                      vsheheen@thesavagefirm.com
                                      mwright@thesavagefirm.com

                                      A. Gibson Solomons, III, Esq. (Fed I.D. No. 7769)
                                      **SPEIGHTS & SOLOMONS, LLC**
                                      PO Box 685 100 Oak St., East
                                      Hampton, SC 29924
                                      Tel: (803) 943-4444
                                      gsolomons@speightsandsolomons.com
                                      ***Attorneys for Plaintiffs***

September 18, 2023
Camden, South Carolina

**CERTIFICATE OF SERVICE**

    I certify that on September 18, 2023, this document was filed using the Court's ECF system, which will send notice to all parties of record.

    *s/Michael D. Wright*