# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| JAMIE WEATHERFORD and KIMBERLY WEATHERFORD, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>E.I. DUPOINT DE NEMOURS & COMPANY, THE CHEMOURS COMPANY, FC, LLC, 3M COMPANY, DAIKIN AMERICA, INC., DAIKIN INDUSTRIES, LTD., and MITSUBISHI INTERNATIONAL POLYMERTRADE CORPORATION,<br><br>    *Defendants*. | )<br>)<br>)<br>) Civil Action No.: 4:22-cv-01427-RBH<br>)<br>)<br>)<br>) **RULE 26(f) REPORT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

/s/ Molly H. Craig
Molly H. Craig (6671)
molly.craig@hoodlaw.com
James B. Hood (9130)
james.hood@hoodlaw.com
Virginia R. Floyd (12212)
virginia.floyd@hoodlaw.com
HOOD LAW FIRM, LLC
172 Meeting Street/Post Office Box 1508
Charleston, SC  29402
P: (843) 577-4435/F: (843) 722-1630

  and

Lana A. Olson, *admitted pro hac vice*
lolson@lightfootlaw.com
R. Ashby Pate, *admitted pro hac vice*
apate@lightfootlaw.com
John M. Johnson, *admitted pro hac vice*
jjohnson@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
Ph: (205) 581-0700  /  Fax: (205) 581-0799
***Attorneys for the Defendants***
***E.I. DuPont de Nemours & Company and The Chemours Company, FC, LLC***


/s/ Brian C. Duffy
Brian C. Duffy (9491)
bduffy@duffyandyoung.com
Patrick C. Wooten (10399)
pwooten@duffyandyoung.com
Duffy and Young LLC
96 Broad Street
Charleston, SC 29401
843-720-2044
F: 843-720-2047
***Attorneys for Defendant 3M Company***

/s/ Michael D. Wright
Vincent A. Sheheen (7016)
vsheheen@thesavagefirm.com
Michael D. Wright (11452)
mwright@thesavagefirm.com
Savage, Royall & Sheeheen, L.L.P
P.O. Drawer 10
Camden, SC 29021
Ph: (803) 432-4391/Fax: (803) 425-4812

  and

A. Gibson Solomons, III (7769)
gsolomons@speightsandsolomons.com
Sprights & Solomons, LLC
100 Oak Street/P.O. Box 685
East Hampton, SC 29924
Ph: (803) 943-4444/Fax: (803) 943-4599
***Attorneys for the Plaintiffs***


/s/Jessica King
Jessica King (Fed. Bar No. 7152)
Ruth A. Levy (Fed. Bar No. 13275)
WILLIAMS MULLEN
First Citizens Bank Building
1230 Main Street, Suite 330
Columbia, SC 29201
T: 803-567-4602
E: jking@williamsmullen.com
E: rlevy@williamsmullen.com

Katharine S. Perry, *pro hac vice pending*
Marissa L. Morte, *pro hac vice pending*
MANNING GROSS + MASSENBURG, LLP
125 High Street
Boston, MA 02110
T: 617.670.8506/F: 617.670.8801
E: kperry@mgmlaw.com
E: mmorte@mgmlaw.com
***Attorneys for Defendant Mitsubishi International PolymerTrade Corporation***

2

*/s/ Steven N. Geise*
JONES DAY
Steven N. Geise (D.S.C. ID #6615)
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134

Theodore M. Grossman (*Pro Hac Vice* Forthcoming)
250 Vesey Street
New York, NY 10281
(212) 326-3939
tgrossman@jonesday.com

Jeffrey A. Kaplan, Jr. (*Pro Hac Vice* Forthcoming)
1221 Peachtree St. N.E., Suite 400
Atlanta, GA 30361
(404) 581-8325
jkaplan@jonesday.com

Beattie B. Ashmore (D.S.C. ID #5215)
BEATTIE B. ASHMORE, P.A.
650 E. Washington Street
Greenville, SC 29601
(864) 467-1001
beattie@beattieashmore.com
***Attorneys for Defendant Daikin America, Inc.***