# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| JAMIE WEATHERFORD and KIMBERLY WEATHERFORD, on behalf of themselves and all others similarly situated, | )<br>)<br>) |
| | ) Civil Action No.: 4:22-cv-01427-RBH |
| *Plaintiffs*, | )<br>) |
| vs. | ) **RULE 26(f) DISCOVERY PLAN** |
| | ) |
| E.I. DUPOINT DE NEMOURS & COMPANY, THE CHEMOURS COMPANY, FC, LLC, 3M COMPANY, DAIKIN AMERICA, INC., DAIKIN INDUSTRIES, LTD., and MITSUBISHI INTERNATIONAL POLYMERTRADE CORPORATION, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendants*. | ) |

COMES NOW the Parties to this case who respectfully submit this Discovery Plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. The parties have held the Rule 26(f) conference, and it yielded the following results, which the Parties describe pursuant to Rule 26(f):

(A)   What changes should be made in the timing, form, or requirement for disclosures under 26(a), including a statement of when initial disclosures were made or will be made?

**RESPONSE:  The parties have agreed that the dates set forth in the parties' proposed Consent Amended Scheduling Order are appropriate for this case, including the adjustment for deadlines for disclosures required under Rule 26(a) of the Federal Rules of the Civil Procedure.  The parties respectfully request that the Court enter the proposed Consent Amended Scheduling Order submitted with their Rule 26(f) Report.**

(B)     The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues.

**RESPONSE: The parties anticipate that discovery of the facts related to and surrounding the events identified in the Second Amended Complaint, the various affirmative defenses which may be asserted by the Defendants, the economic and non-economic damages of the Plaintiffs, and the opinions of any expert(s) who may be disclosed by any party. The parties anticipate that discovery will be completed in accordance with the deadlines set forth in the parties proposed Consent Amended Scheduling Order.**

(C)     Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.

**RESPONSE: None anticipated at this time. The Parties are discussing a protocol relating to electronically stored information ("ESI") and anticipate that they will submit either an agreed-upon proposed order relating to ESI or present any disputes they are unable to resolve to the Court in the coming weeks.**

(D)     Any issues about claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert these claims after production – whether to ask the court to include their agreement in an order.

**RESPONSE: None known at this time. These parties are preparing and will submit a proposed Confidentiality Order for the Court's consideration shortly after the filing of this Discovery Plan so as to provide protection for certain confidential and/or export control materials which may be sought during the discovery process.**

(E)    What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed?

**RESPONSE: None known at this time other than the limitations imposed by the Federal Rules of Civil Procedure, the proposed Consent Amended Scheduling Order submitted to the Court as part of the Parties' Rule 26(f) Report, and applicable law.**

(F)    Any other orders that the Court should issue under Rule 26(c) or under Rule 16(b) and (c).

**RESPONSE: These parties are planning to seek the entry of a Confidentiality Order in this case and anticipate that a proposed Confidentiality Order will be submitted to the Court shortly after the filing of this Discovery Plan.**

Submitted this 25th day of October 2023.

> HOOD LAW FIRM, LLC
> 172 Meeting Street/Post Office Box 1508
> Charleston, SC  29402
> P: (843) 577-4435/F: (843) 722-1630
>
> */s/ Molly H. Craig*
> Molly H. Craig (6671)
> molly.craig@hoodlaw.com
> James B. Hood (9130)
> james.hood@hoodlaw.com
> Virginia R. Floyd (12212)
> virginia.floyd@hoodlaw.com
>             and
> Lana A. Olson, *admitted pro hac vice*
> lolson@lightfootlaw.com
> R. Ashby Pate, *admitted pro hac vice*
> apate@lightfootlaw.com
> John M. Johnson, *admitted pro hac vice*
> jjohnson@lightfootlaw.com
> LIGHTFOOT, FRANKLIN & WHITE, LLC
> 400 20th Street North
> Birmingham, AL 35203
> Ph:  (205) 581-0700  /  Fax: (205) 581-0799
> ***Counsel for Defendants E.I. du Pont de Nemours and Company and The Chemours Company, LLC***

*/s/ Brian C. Duffy*
Brian C. Duffy (9491)
bduffy@duffyandyoung.com
Patrick C. Wooten (10399)
pwooten@duffyandyoung.com
Duffy and Young LLC
96 Broad Street
Charleston, SC 29401
T: 843-720-2044/F: 843-720-2047

Philip J. Combs (*admitted pro hac vice*)
pcombs@tcspllc.com
Sherrie Armstrong Davis (*admitted pro hac vice*)
sarmstrongdavis@tcspllc.com
Thomas Combs and Spann PLLC
300 Summers Street, Ste. 1380
PO Box 3824
Charleston, WV 25338
T: 304-414-1800/F: 304-414-1801
**Counsel for Defendant 3M Company**

**Mitsubishi International PolymerTrade Corporation,**

By its attorneys,

*/s/ Jessica King*
Jessica King (Fed. Bar No. 7152)
Ruth A. Levy (Fed. Bar No. 13275)
WILLIAMS MULLEN
First Citizens Bank Building
1230 Main Street, Suite 330
Columbia, SC 29201
T: 803-567-4602
E: jking@williamsmullen.com
E: rlevy@williamsmullen.com

Katharine S. Perry, *pro hac vice pending*
Marissa L. Morte, *pro hac vice pending*
MANNING GROSS + MASSENBURG, LLP
125 High Street
Boston, MA 02110
T: 617.670.8506/F: 617.670.8801
E: kperry@mgmlaw.com
E: mmorte@mgmlaw.com

/s/ Steven N. Geise
JONES DAY
Steven N. Geise (D.S.C. ID #6615)
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134

Theodore M. Grossman (*Pro Hac Vice* Forthcoming)
250 Vesey Street
New York, NY 10281
(212) 326-3939
tgrossman@jonesday.com

Jeffrey A. Kaplan, Jr. (*Pro Hac Vice* Forthcoming)
1221 Peachtree St. N.E., Suite 400
Atlanta, GA 30361
(404) 581-8325
jkaplan@jonesday.com

Beattie B. Ashmore (D.S.C. ID #5215)
BEATTIE B. ASHMORE, P.A.
650 E. Washington Street
Greenville, SC 29601
(864) 467-1001
beattie@beattieashmore.com
**Attorneys for Daikin America, Inc.**

/s/ Michael D. Wright
Vincent A. Sheheen (7016)
vsheheen@thesavagefirm.com
Michael D. Wright (11452)
mwright@thesavagefirm.com
Savage, Royall & Sheeheen, L.L.P
P.O. Drawer 10
Camden, SC 29021
Ph: (803) 432-4391/Fax: (803) 425-4812

    *and*

A. Gibson Solomons, III (7769)
gsolomons@speightsandsolomons.com
Sproghts & Solomons, LLC
100 Oak Street/P.O. Box 685
East Hampton, SC 29924
Ph: (803) 943-4444/Fax: (803) 943-4599
**Attorneys for the Plaintiffs**