UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| JAMIE WEATHERFORD and KIMBERLY WEATHERFORD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v<br><br>E.I. DUPONT DE NEMOURS & COMPANY, THE CHEMOURS COMPANY, FC, LLC, 3M COMPANY, DAIKIN AMERICA , INC., DAIKIN INDUSTRIES, LTD., and MITSUBISHI INTERNATIONAL POLYMERTRADE CORPORATION,<br><br>Defendants. | CASE NO. 4:22-CV-01427-RBH<br><br><br><br><br><br>**DAIKIN AMERICA, INC.'S<br>INITIAL DISCLOSURES** |

**DAIKIN AMERICA, INC.'S CERTIFICATE OF SERVICE OF
DISCOVERY MATERIALS**

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 5.01, I hereby certify that on this day I have caused to be served a true and correct copy of Defendant Daikin America, Inc.'s Initial Disclosures by electronic mail to all counsel of record in this matter.

Dated: December 11, 2023                Respectfully submitted,

/s/ *Steven N. Geise*
JONES DAY
Steven N. Geise (D.S.C. ID #6615)
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
sgeise@jonesday.com

Theodore M. Grossman (*Pro Hac Vice*)
250 Vesey Street
New York, NY 10281
(212) 326-3939
tgrossman@jonesday.com

Jeffrey A. Kaplan, Jr. (*Pro Hac Vice*)
1221 Peachtree St. N.E., Suite 400
Atlanta, GA 30361
(404) 581-8325
jkaplan@jonesday.com

Beattie B. Ashmore (D.S.C. ID #5215)
BEATTIE B. ASHMORE, P.A.
650 E. Washington Street
Greenville, SC 29601
(864) 467-1001
beattie@beattieashmore.com

*Attorneys for Defendant Daikin America, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on December 11, 2023, this document was filed using the Court's ECF system, which will send notice to all parties of record.

/s/ *Steven N. Geise*
JONES DAY
Steven N. Geise (D.S.C. ID #6615)
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
sgeise@jonesday.com