UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| JAMIE WEATHERFORD and KIMBERLY WEATHERFORD, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DUPONT DE NEMOURS & COMPANY, THE CHEMOURS COMPANY, FC, LLC, 3M COMPANY, DAIKIN AMERICA, INC., and MITSUBISHI INTERNATIONAL POLYMERTRADE CORPORATION,<br><br>Defendants. | CASE NO. 4:22-CV-01427-JDA<br><br>**CERTIFICATE OF SERVICE FOR DEFENDANT DAIKIN AMERICA, INC'S FIRST SET OF REQUESTS FOR ADMISSION, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO PLAINTIFFS** |

## DAIKIN AMERICA, INC.'S
## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Federal Rules of Civil Procedure 33, 34 and 36 and Local R. 5.01, I hereby certify that on June 10, 2024, I served the following documents on all counsel of record via electronic mail: (1) Defendant Daikin America, Inc.'s First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents to Plaintiff Jamie Weatherford and (2) Defendant Daikin America, Inc.'s First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents to Plaintiff Kimberly Weatherford.

Respectfully submitted this 11th day of June, 2024.

*/s/ Steven N. Geise*
JONES DAY
Steven N. Geise (D.S.C. ID #6615)

1

4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
sgeise@jonesday.com

Theodore M. Grossman (*Pro Hac Vice*)
250 Vesey Street
New York, NY 10281
(212) 326-3939
tgrossman@jonesday.com

Jeffrey A. Kaplan, Jr. (*Pro Hac Vice*)
1221 Peachtree St., N.E., Suite 400
Atlanta, GA 30361
(404) 581-8325
jkaplan@jonesday.com

Beattie B. Ashmore (D.S.C. ID #5215)
BEATTIE B. ASHMORE, P.A.
650 E. Washington Street
Greenville, SC 29601
(864) 467-1001
beattie@beattieashmore.com

*Attorneys for Defendant Daikin America, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 11, 2024, this document was filed using the Court's ECF system, which will send notice to all parties of record.

>*/s/ Steven N. Geise*
>JONES DAY
>Steven N. Geise (D.S.C. ID #6615)
>4655 Executive Drive, Suite 1500
>San Diego, CA 92121-3134
>sgeise@jonesday.com