IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| JAMIE WEATHERFORD and KIMBERLY WEATHERFORD, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:22-cv-01427 JDA |
| E.I. DUPONT DE NEMOURS & COMPANY, THE CHEMOURS COMPANY, FC, LLC, 3M COMPANY, DAIKIN AMERICA, INC., , and MITSUBISHI INTERNATIONAL POLYMERTRADE CORPORATION, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| E.I. DUPONT DE NEMOURS & COMPANY | ) ) ) | |
| Third-Pary Plaintiff, | ) ) | |
| v. | ) ) | |
| GALEY & LORD, INC.; GALEY & LORD LLC; GALEY & LORD INDUSTRIES, LLC; GALEY & LORD INDUSTRIES, INC.; JOHN DOE PLANT OWNERS/OPERATORS; NANOTEX, LLC; JOHN DOE SUPPLIERS; and JOHN DOE BIOSOLIDS ENTITIES, | ) ) ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

| | |
|---|---|
| THE CHEMOURS COMPANY, | ) |
| | ) |
| Third-Party Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| HUNTSMAN INTERNATIONAL LLC, ITSELF AND AS SUCCESSOR IN INTEREST TO CIBA GEIGY CHEMICALS CORP.; AND/OR CIBA SPECIALTY CHEMICALS, INC.; GALEY & LORD, LLC; NANOTEX, LLC, AND JOHN DOES 1-50, | ) |
| | ) |
| Third-Party Defendants. | ) |

| | |
|---|---|
| 3M COMPANY, | ) |
| | ) |
| Third-Party Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| GALEY & LORD, INC.; GALEY & LORD, LLC, GALEY & LORD INDUSTRIES, LLC; GALEY & LORD INDUSTRIES, INC.; JOHN DOE PLANT OWNERS/OPERATORS; NANOTEX, LLC; JOHN DOE SUPPLIERS; AND JOE DOE BIOSOLIDS ENTITIES, | ) |
| | ) |
| Third-Party Defendants. | ) |

| | |
|---|---|
| DAIKIN AMERICA, INC., | ) |
| | ) |
| Third-Party Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| GALEY & LORD INDUSTRIES, INC. AND GALEY & LORD INDUSTRIES, LLC. | ) |
| | ) |
| Third-Party Defendants. | ) |

2

**DEFENDANT 3M COMPANY'S STATUS REPORT**
**RE SERVICE OF PROCESS – LCR 4.01**

Pursuant to Local Civil Rule 4.01, Defendant 3M Company ("3M") submits this status report regarding service of process in this matter. As is set forth more fully in the Unopposed Joint Motion of Defendants 3M Company; E.I. DuPont de Nemours & Company; and the Chemours Company, FC, LLC for Extension of Time to Serve John Doe Third-Party Defendants (Doc. 164), incorporated herein by reference, 3M has not yet been able to identify and serve the John Doe Third-Party Defendants named in its Third-Party Complaint. (Doc 136). Fact discovery and investigation regarding the identities and responsibilities of potential John Doe Third-Party Defendants remain ongoing, and the Court has allowed 3M an additional 90 days to identify and serve the John Doe Third-Party Defendants (Doc. 174). 3M now has until January 7, 2025, to serve the John Doe Third-Party Defendants. *Id.*

Dated October 7, 2024

*s/Brian C. Duffy*
Brian C. Duffy (9491)
bduffy@duffyandyoung.com
Patrick C. Wooten (10399)
pwooten@duffyandyoung.com
Duffy and Young LLC
96 Broad Street
Charleston, SC 29401
843-720-2044
F: 843-720-2047

Philip J. Combs
(*admitted pro hac vice*)
pcombs@tcspllc.com
Sherrie Armstrong Davis
(*admitted pro hac vice*)
sarmstrongdavis@tcspllc.com
Thomas Combs and Spann PLLC
300 Summers Street, Ste. 1380
PO Box 3824
Charleston, WV 25338
T: 304-414-1800
F: 304-414-1801

*Counsel for Defendant 3M Company*

4