IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| JAMIE WEATHERFORD and KIMBERLY WEATHERFORD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DUPONT DE NEMOURS & COMPANY, THE CHEMOURS COMPANY, FC, LLC, 3M COMPANY, DAIKIN AMERICA, INC., DAIKIN INDUSTRIES, LTD., and MITSUBISHI INTERNATIONAL POLYMERTRADE CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:22-cv-01427 JDA |
| E.I. DUPONT DE NEMOURS & COMPANY<br><br>Third-Party Plaintiff,<br><br>v.<br><br>GALEY & LORD, INC.; GALEY & LORD LLC; GALEY & LORD INDUSTRIES, LLC; GALEY & LORD INDUSTRIES, INC.; JOHN DOE PLANT OWNERS/OPERATORS; NANOTEX, LLC; JOHN DOE SUPPLIERS; and JOHN DOE BIOSOLIDS ENTITIES,<br><br>Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| THE CHEMOURS COMPANY,<br><br>Third-Party Plaintiff<br><br>v.<br><br>HUNTSMAN INTERNATIONAL LLC, ITSELF AND AS SUCCESSOR IN INTEREST TO CIBA | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

1

GEIGY CHEMICALS CORP.; AND/OR CIBA )
SPECIALTY CHEMICALS, INC.; GALEY & )
LORD INDUSTRIES, LLC, GALEY & LORD, )
LLC; NANOTEX, LLC, AND JOHN DOES 1-50, )
                                        )
          Third-Party Defendants.       )
                                        )
_____ )
                                        )
3M COMPANY,                             )
                                        )
          Third-Party Plaintiff         )
                                        )
v.                                      )
                                        )
GALEY & LORD, INC.; GALEY & LORD, LLC,  )
GALEY & LORD INDUSTRIES, LLC; GALEY &   )
LORD INDUSTRIES, INC.; JOHN DOE PLANT   )
OWNERS/OPERATORS; NANOTEX, LLC, AND     )
JOHN DOE SUPPLIERS; AND JOE DOE         )
BIOSOLIDS ENTITIES,                     )
                                        )
          Third-Party Defendants.       )
                                        )
_____ )
                                        )
DAIKIN AMERICA, INC.,                   )
                                        )
          Third-Party Plaintiff         )
                                        )
v.                                      )
                                        )
GALEY & LORD INDUSTRIES, INC. and       )
GALEY & LORD INDUSTRIES, LLC.           )
                                        )
          Third-Party Defendants.       )
_____ )

## DEFENDANTS EIDP AND CHEMOURS' SUPPLEMENTAL STATUS REPORT
## REGARDING SERVICE OF PROCESS – LCR 4.01

Pursuant to Local Civil Rule 4.01, Defendants E.I. du Pont de Nemours and Company n/k/a

EIDP, Inc. ("EIDP") and The Chemours Company, FC, LLC ("Chemours") submit this status

report regarding service of process in this matter.

EIDP and Chemours requested and received an extension of time to serve John Doe third-party defendants. Though EIDP and Chemours have continued to pursue fact discovery during this time, they have not yet confirmed the identities and responsibilities of other potential John Doe third-party defendants. If EIDP and Chemours' ongoing efforts ultimately do permit them to confirm these identities, EIDP and Chemours may seek leave to add additional third-party defendants at that time.

Dated: January 3, 2025.

Respectfully submitted,

*/s/ Molly H. Craig*
Molly H. Craig (6671)
molly.craig@hoodlaw.com
James B. Hood (9130)
james.hood@hoodlaw.com
Virginia R. Floyd (12212)
virginia.floyd@hoodlaw.com
Hood Law Firm, LLC
172 Meeting Street/ PO Box 1508
Charleston, SC 29402
843-577-4435

- *and* -

John M. Johnson, *admitted pro hac vice*
jjohnson@lightfootlaw.com
Lana A. Olson, *Pro Hac Vice*
lolson@lightfootlaw.com
R. Ashby Pate, *Pro Hac Vice*
apate@lightfootlaw.com
Lightfoot Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
(205) 581-0700
Counsel for Defendants E.I. du Pont de
Nemours and Company n/k/a EIDP, Inc. and
The Chemours Company, FC, LLC