| | |
|---|---|
| **From:** | Brian Duffy |
| **To:** | Leah Gibbons; SCDdb_ecf_austin |
| **Cc:** | gsolomons@speightsandsolomons.com; tshaffer@speightsandsolomons.com; asheheen@thesavagefirm.com; awoody@thesavagefirm.com; beattie_beattieashmore.com; Rhonda@BeattieAshmore.com; Stephanie@beattieashmore.com; david.schlosser@lewisbrisbois.com; stephanie.hunt@lewisbrisbois.com; james.hood@hoodlaw.com; info@hoodlaw.com; jsmith@craincaton.com; jkaplan@jonesday.com; jweizenecker@jonesday.com; jking@williamsmullen.com; jthomas@williamsmullen.com; kchilders@williamsmullen.com; klove@williamsmullen.com; Tyer, Sara; jjohnson@lightfootlaw.com; jwilkerson@turnerpadget.com; ahager@turnerpadget.com; KPerry@mgmlaw.com; lolson@lightfootlaw.com; MMorte@mgmlaw.com; mwright@thesavagefirm.com; rwashington@thesavagefirm.com; dgriffith@tcspllc.com; molly.craig@hoodlaw.com; Jane Pilarski; pcombs@tcspllc.com; bmaxwell@tcspllc.com; klittrell@tcspllc.com; rdavis@tcspllc.com; vwolfe@tcspllc.com; apate@lightfootlaw.com; robertosborne@parkerpoe.com; celestemallett@parkerpoe.com; Jordan, Robert H.; celestemallett@parkerpoe.com; jeslynharvey@parkerpoe.com; robertosborne@parkerpoe.com; ruth.levy@wbd-us.com; David.Joyce@wbd-us.com; jill.horn@wbd-us.com; kmartin-rothrock@williamsmullen.com; sjones@williamsmullen.com; Tyer, Sara; tonya.walkup@wbd-us.com; sarmstrongdavis@tcspllc.com; dgriffith@tcspllc.com; eford@tcspllc.com; klittrell@tcspllc.com; mtuggle@tcspllc.com; rdavis@tcspllc.com; vwolfe@tcspllc.com; sngeise_jonesday.com; courtalert@jonesday.com; rkjos@jonesday.com; tgrossman@jonesday.com; vsheheen@thesavagefirm.com; Virginia Floyd; Pamela Jones |
| **Subject:** | 4:22-cv-01427-JDA / Weatherford et al v. E.I. Du Pont De Nemours and Company et al |
| **Date:** | Thursday, April 3, 2025 3:17:23 PM |
| **Attachments:** | 2025-04-02 (204) Order to Show Cause why John Does Defendants should not be dismissed.pdf |

**CAUTION - EXTERNAL:**

Good afternoon, Ms. Gibbons and Judge Austin's Chambers.

I am writing to follow up on the John Doe Third Party Defendants and the Court's text order to show cause (#204). The Third Party Plaintiffs agree to dismiss without prejudice the John Doe Third Party Defendants. If we locate a responsible party later, we will file a motion then.

Please let me know if you would like for us to file a motion or other document to accomplish these dismissals.

The parties are also working together to submit a proposed amended scheduling order by April 9, as the Court has requested.
Respectfully,
Brian


Brian C. Duffy, Esq.
Duffy & Young, LLC
Honorary Consul of Ireland for South Carolina

843.720.2044

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.