UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| JAMIE WEATHERFORD and KIMBERLY WEATHERFORD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DUPONT DE NEMOURS & COMPANY, THE CHEMOURS COMPANY, FC, LLC, 3M COMPANY, DAIKIN AMERICA, INC., and MITSUBISHI INTERNATIONAL POLYMERTRADE CORPORATION,<br><br>Defendants. | Case No. 4:22-cv-01427-JDA<br><br>**JOINT MOTION TO ENTER SECOND AMENDED SCHEDULING ORDER** |
| E.I. DUPONT DE NEMOURS & COMPANY<br><br>Third-Pary Plaintiff,<br><br>v.<br><br>HUNTSMAN INTERNATIONAL LLC, ITSELF AND AS SUCCESSOR IN INTEREST TO CIBA GEIGY CHEMICALS CORP.; AND/OR CIBA SPECIALTY CHEMICALS, INC.; GALEY & LORD INDUSTRIES, LLC; Galey & Lord, LLC, NANOTEX LLC, AND JOHN DOES 1-50,<br><br>Third-Party Defendants. | |
| THE CHEMOURS COMPANY,<br><br>Third-Party Plaintiff<br><br>v.<br><br>HUNTSMAN INTERNATIONAL LLC, ITSELF AND AS SUCCESSOR IN INTEREST TO CIBA GEIGY CHEMICALS CORP.; AND/OR CIBA SPECIALTY CHEMICALS, INC.; GALES & LORD INDUSTRIES, LLC; GALEY & LORD, LLC; NANOTEX LLC, AND JOHN DOES 1-50, | |

1

|   |   |
|---|---|
| Third-Party Defendants. | ) |
|   | ) |
|   | ) |
| 3M COMPANY, | ) |
|   | ) |
| Third-Party Plaintiff | ) |
|   | ) |
| v. | ) |
|   | ) |
| GALEY & LORD, INC.; GALEY & LORD, LLC, GALEY & LORD INDUSTRIES, LLC; GALEY & LORD INDUSTRIES, INC.; JOHN DOE PLANT OWNERS/OPERATORS; NANOTEX, LLC; JOHN DOE SUPPLIERS; AND JOE DOE BIOSOLIDS ENTITIES, | ) |
|   | ) |
| Third-Party Defendants. | ) |
|   | ) |
|   | ) |
| DAIKIN AMERICA, INC., | ) |
|   | ) |
| Third-Party Plaintiff | ) |
|   | ) |
| v. | ) |
|   | ) |
| GALEY & LORD INDUSTRIES, INC. AND GALEY & LORD INDUSTRIES, LLC. | ) |
|   | ) |
| Third-Party Defendants. | ) |

Pursuant to the Court's Text Order issued at ECF No. 203, the parties, through their undersigned attorneys, jointly move the Court to enter the proposed Consent Second Amended Scheduling Order being submitted in connection with this Motion.

Through negotiation, and after considering the unique circumstances involved in this complex putative class action, the parties jointly determined that the proposed Consent Amended Scheduling Order provides a reasonable schedule for the remaining deadlines in this case. The parties are mindful that the Civil Justice Reform Act encourages District Judges to attempt to

2

complete cases within three years. However, it is not possible to complete some cases within three years, and the parties respectfully submit that, for several reasons, this is such a case.

As the Court is aware, the deadlines in this case have been stayed for the past nine months—from July 9, 2024, until April 2, 2025. Prior to this stay, the litigation of Defendants' motions to dismiss lasted for more than a year. Further, immediately prior to the stay, additional parties were added to the case as Third-Party Defendants. In addition, this is a putative class action involving a high number of complex legal and factual issues, and the parties anticipate that the case will also involve a high number of fact and expert witnesses. Finally, because the parties agree that the proposed schedule is reasonable under these circumstances, no party will be prejudiced by this schedule.

WHEREFORE, the Parties respectfully request that the Court grant this joint motion to enter the proposed Consent Second Amended Scheduling Order.

[Signatures appear on the following page]

**WE SO MOVE:**

*Defendants E.I. du Pont de Nemours & Company and The Chemours Company, FC, LLC*

*s/ Molly H. Craig*
Molly H. Craig (6671)
molly.craig@hoodlaw.com
James B. Hood (9130)
james.hood@hoodlaw.com
Virginia R. Floyd (12212)
virginia.floyd@hoodlaw.com
HOOD LAW FIRM, LLC
172 Meeting Street/Post Office Box 1508
Charleston, SC 29402
P: (843) 577-4435/F: (843) 722-1630

 *and*

Lana A. Olson, *admitted pro hac vice*
lolson@lightfootlaw.com
R. Ashby Pate, *admitted pro hac vice*
apate@lightfootlaw.com
John M. Johnson, *admitted pro hac vice*
jjohnson@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
Ph: (205) 581-0700 / Fax: (205) 581-0799

*Plaintiffs Jamie Weatherford & Kimberly Weatherford*

*s/ Michael D. Wright*
Vincent A. Sheheen (7016)
vsheheen@thesavagefirm.com
Michael D. Wright (11452)
mwright@thesavagefirm.com
Savage, Royall & Sheeheen, L.L.P
P.O. Drawer 10
Camden, SC 29021
Ph: (803) 432-4391/Fax: (803) 425-4812

*and*

A. Gibson Solomons, III (7769)
gsolomons@speightsandsolomons.com
Sprights & Solomons, LLC
100 Oak Street/P.O. Box 685
East Hampton, SC 29924
Ph: (803) 943-4444/Fax: (803) 943-4599

*Defendant 3M Company*

*s/ Brian C. Duffy*
Brian C. Duffy (9491)
bduffy@duffyandyoung.com
Patrick C. Wooten (10399)
pwooten@duffyandyoung.com
Duffy and Young LLC
96 Broad Street
Charleston, SC 29401
843-720-2044
F: 843-720-2047

Philip J. Combs (*admitted pro hac vice*)
pcombs@tcspllc.com
Sherrie Armstrong Davis (*admitted pro hac vice*)
sarmstrongdavis@tcspllc.com
Mitchell B. Tuggle (*admitted pro hac vice*)
mtuggle@tcspllc.com
Thomas Combs and Spann PLLC
300 Summers Street, Ste. 1380

*Defendant Mitsubishi International PolymerTrade Corporation*

*s/ Jessica King*
Jessica King (Fed. Bar No. 7152)
Ruth A. Levy (Fed. Bar No. 13275)
WILLIAMS MULLEN
First Citizens Bank Building
1230 Main Street, Suite 330
Columbia, SC 29201
T: 803-567-4602
E: jking@williamsmullen.com
E: rlevy@williamsmullen.com

Katharine S. Perry
(*admitted pro hac vice*)
MANNING GROSS + MASSENBURG, LLP
125 High Street
Boston, MA 02110
T: 617.670.8506/F: 617.670.8801

4

PO Box 3824
Charleston, WV 25338
T: 304-414-1800
F: 304-414-1801

***Daikin America, Inc.***

s/ Steven N. Geise
JONES DAY
Steven N. Geise (D.S.C. ID #6615)
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134

Theodore M. Grossman
(*admitted pro hac vice*)
250 Vesey Street
New York, NY 10281
(212) 326-3939
tgrossman@jonesday.com

Jeffrey A. Kaplan, Jr.
(*admitted pro hac vice*)
1221 Peachtree St. N.E., Suite 400
Atlanta, GA 30361
(404) 581-8325
jkaplan@jonesday.com

Beattie B. Ashmore (D.S.C. ID #5215)
BEATTIE B. ASHMORE, P.A.
650 E. Washington Street
Greenville, SC 29601
(864) 467-1001
beattie@beattieashmore.com

***Third-Party Defendant NanoTex, LLC***

s/ John S. Wilkerson, III
TURNER, PADGET, GRAHAM & LANEY, P.A.
John S. Wilkerson, III
April D. Hager
P.O. Box 22129
Charleston, SC 29413
jwilkerson@turnerpadget.com
ahager@turnerpaget.com

James Edward Smith, *pro hac vice pending*
CRAIN CANTON AND JAMES
1401 McKinney Street, Suite 1700
Houston, TX 77010
jsmith@craincanton.com

E: kperry@mgmlaw.com
E: mmorte@mgmlaw.com

***Third-Party Defendant Huntsman International***

s/ Robert H. Jordan
PARKER POE ADAMS & BERNSTEIN LLP
Robert H. Jordan
Robert Crum Osborne, III
850 Morrison Drive, Suite 400
Charleston, SC 29403
robertjordan@parkerpoe.com
robertosborne@parkerpoe.com