**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | |
|---|---|
| JAMIE WEATHERFORD KIMBERLY WEATHERFORD, and E.J. BRYANT LOGGING COMPANY, INC. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>E. I. DUPONT DE NEMOURS & COMPANY, THE CHEMOURS COMPANY, FC, LLC, 3M COMPANY, DAIKIN AMERICA, INC., MITSUBISHI INTERNATIONAL POLYMERTRADE CORPORATION, ARCHROMA U.S., INC., CLAIRANT CORPORATION, HUNSTMAN INTERNATIONAL LLC, ITSELF TO CIBA GEIGY CHEMICALS CORP. and/or CIBA SPECIALTY CHEMCIALS, INC. and NANOTEX, LLC a/k/a NANO-TEX, LLC<br><br>Defendants, | Civil Action No.: 4:22-CV-01427-JDA<br><br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO CLARIANT CORPORATION** |

Based upon agreement of Plaintiffs and Clariant Corporation, Plaintiffs hereby stipulate that all claims asserted in the above-captioned action against Clariant Corporation, only, are dismissed **without prejudice,** pursuant to rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

This stipulation does not affect Plaintiffs' claims against any other defendant in this action.

*[Signature page to follow]*

1

Respectfully submitted,

BY: *s/A. Gibson Solomons, III*
A. Gibson Solomons, III, (Fed ID # 7769)
SOLOMONS & LAWTON, PC
Post Office Box 969
259 S. Martin Luther King Jr. Hwy.
Estill, South Carolina 29918
Tel: (803) 625-3232
Fax: (803) 625-4128
gib@solomonsandlawton.com

Vincent A. Sheheen (Fed ID # 7016)
Michael D. Wright (Fed ID # 11452)
Austin M. Sheheen (Fed ID # 13938)
SAVAGE, ROYALL & SHEHEEN, L.L.P.
Post Office Drawer 10
Camden, South Carolina 29021
Telephone: (803) 432-4391
Facsimile: (803) 425-4812
mwright@thesavagefirm.com

*ATTORNEYS FOR PLAINTIFFS and PUTATIVE CLASS*

May 15, 2026
Estill, South Carolina